UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE R. ROQUE PEREZ,

    Plaintiff,

v.

A&A STAFFING SOLUTIONS L.L.C, et al.,

    Defendants.
_____/

Case No. 1:24-cv-331

HON. JANE M. BECKERING

## ORDER

This is a civil action.  Plaintiff filed a Motion for Entry of Default Judgment (ECF No. 39). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 43) on August 15, 2025, recommending that the motion be granted in part and that Plaintiff be allowed to file a motion for attorney fees.  The Report and Recommendation was duly served. No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 43) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Entry of Default Judgment (ECF No. 39) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is permitted to file a motion for attorney fees.

A Default Judgment consistent with this Order will issue.

Dated: September 10, 2025

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge